IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-226-D

| | | |
|---|---|---|
| POLYZEN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DIELECTRICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

On May 3, 2013, Dielectrics, Inc. moved to seal a declaration filed in support of its memorandum opposing Polyzen, Inc.'s request for a preliminary injunction [D.E. 30]. On May 22, 2013, Polyzen moved to seal its memorandum of law supporting its motion for preliminary injunction and several exhibits [D.E. 37]. The parties have identified the interests that would be served by restricting public access to those documents that are sufficiently compelling to overcome the common law and First Amendment presumption to access. No less restrictive alternative to sealing exists, and the public has had adequate notice. Accordingly, the court GRANTS the parties' motions to seal [D.E. 30, 37].

The court will hold oral argument at 9:00 a.m. on Wednesday, October 30, 2013, in courtroom one of the Terry Sanford Federal Building, 310 New Bern Avenue, Raleigh, North Carolina, concerning Polyzen's motion to consolidate and Dielectric's motion to dismiss.

SO ORDERED. This 21 day of October 2013.

JAMES C. DEVER III
Chief United States District Judge