IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-226-D

| | | |
|---|---|---|
| POLYZEN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DIELECTRICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in open court (which are incorporated herein by reference), the court GRANTS Dielectrics, Inc.'s motion to dismiss for lack of personal jurisdiction [D.E. 19] and DISMISSES as moot Polyzen, Inc.'s motion to consolidate [D.E. 16].

SO ORDERED. This 30 day of October 2013.

JAMES C. DEVER III
Chief United States District Judge