
AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| POLYZEN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **CASE NO. 5:13-CV-226-D** |
| DIELECTRICS, INC. ) | |
| ) | |
| Defendant. ) | |

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that the Court GRANTS Defendant's Motion to Dismiss [D.E. 19] and DISMISSES as moot, Plaintiff's Motion to Consolidate [D.E. 16]. The Clerk shall close the case.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **OCTOBER 30, 2013** WITH A COPY TO:

Joseph J. Zito  (via CM/ECF Notice of Electronic Filing)
Steven J. Hultquist (via CM/ECF Notice of Electronic Filing)
Christopher M. Thomas (via CM/ECF Notice of Electronic Filing)
Steven M. Coyle (via CM/ECF Notice of Electronic Filing)


October 30, 2013                  JULIE A. RICHARDS, Clerk
Date                                   Eastern District of North Carolina

                                                   /s/ Debby Sawyer
                                                   (By) Deputy Clerk

Raleigh, North Carolina